**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES SPENCER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:13-cv-07546-HB |
| | ) | |
| GC SERVICES, LP., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, JAMES SPENCER, and Defendant, GC

SERVICES, LP, stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff,

JAMES SPENCER, against Defendant, GC SERVICES, LP, in the above-captioned proceeding

are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

///

///

///

///

///

///

///

///

1

STIPULATION OF DISMISSAL

RESPECTFULLY SUBMITTED,

By:___/s/ Jason M Rettig_____
Jason M Rettig, Esquire
100 W Monument Ave
Hatboro, PA 19040
Phone :(267) 879-9054
E-mail: rettiglaw@yahoo.com
Attorney for Plaintiff


By: /s/ Jennifer Tatum Root
RICHARD J. PERR, ESQUIRE
JENNIFER TATUM ROOT, ESQUIRE
BNY Mellon Center
1735 Market Street, Suite 600
Philadelphia, PA 19103-7513
(v) 215-893-9300; (f) 215-893-8719
e-mail: rperr@finemanlawfirm.com
jroot@finemanlawfirm.

STIPULATION OF DISMISSAL